IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| GENE WAHNEFRIED, | ) |
|     Plaintiff, | ) |
| v. | ) No. 2:25-cv-02481-SHL-atc |
| ELROY DOCKERY, | ) |
|     Defendant. | ) |

**ORDER GRANTING JOINT MOTION TO EXTEND
ALTERNATIVE DISPUTE RESOLUTION DEADLINE**

Before the Court is the Joint Motion to Extend Alternative Dispute Resolution Deadline, filed August 27, 2025. (ECF No. 20.) In the Motion, the Parties request an extension of time to complete Alternative Dispute Resolution ("ADR"), the current deadline for which is September 10, 2025. (Id. at PageID 79.) The Parties request a thirty-day extension with a new ADR deadline of October 10, 2025, allowing more time to receive and review complete medical documentation from two medical providers. (Id. at PageID 79.)

For good cause shown, the Motion is **GRANTED**. The Parties must complete ADR by **October 10, 2025**.

**IT IS SO ORDERED,** this 28th day of August, 2025.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE