# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| GENE WAHNEFRIED,<br><br>    Plaintiff,<br><br>v.<br><br>ELROY DOCKERY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   No. 2:25-cv-02481-SHL-atc<br>)<br>)<br>)<br>) |

# JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Defendant's Notice of Removal (ECF No. 1), filed May 2, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Dismissal with Prejudice (ECF No. 23), filed October 14, 2025, all claims by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

October 15, 2025
Date